UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG -5  AM 10: 17

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Israel GONZALEZ-Cantu )<br>AKA(s): Isriel GONZALEZ )<br>      Anthony Alfredo HUERTA )<br>)<br>)<br>)<br>Defendant. )<br>_____ ) | Magistrate Case No.<br><br>'08 MJ 2422<br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **July 31, 2008**, within the Southern District of California, defendant, **Israel GONZALEZ-Cantu, AKA(s): Isriel GONZALEZ, Anthony Alfredo HUERTA,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Deportation Officer, Lisette Guzman
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **5th** DAY OF **August 2008.**

_____
UNITED STATES MAGISTRATE JUDGE
Ruben B. Brooks





**PROBABLE CAUSE STATEMENT**

On July 31, 2008, defendant **Israel GONZALEZ-Cantu** was arrested by the Escondido Police Department for violation of California Penal Code Section 647(F) "Disorderly Conduct: Drunk and booked into county jail where an Immigration Enforcement Agent determined the defendant to be a citizen of Mexico and placed an Immigration Hold (I-247) pending his release.

On August 4, 2008, defendant was referred to the custody of Immigration and Customs Enforcement (ICE) for further action. An Immigration Enforcement Agent conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been previously deported or removed from the United States.

A thorough review of official immigration computer database record checks revealed that the defendant, **Israel GONZALEZ-Cantu**, had been ordered removed from the United States by an Immigration Judge on September 6, 2006, and removed to Mexico via the San Ysidro, California, Port of Entry on that same day. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System IDENT was utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed the defendant's identity as **Israel GONZALEZ-Cantu**, a citizen and national of Mexico.

The defendant was advised of his of his Miranda rights. He waived those rights and agreed to answer questions without counsel present.

The defendant admitted his true name to be **Israel GONZALEZ-Cantu**, a citizen of Mexico by birth in Guerrero, Mexico. The defendant admitted he has not obtained a waiver to re-enter the United States. The defendant admitted he has not applied to obtain documents nor is he in possession of documents entitling him to enter or reside in the United States. He admitted he knew it was against the law to enter illegally after having been deported.